IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-01083-AP**

**DETRON N. SMITH**,

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security**,

    Defendant.

---

## ORDER

---

**KANE, J. ORDERS**

This matter is before the court on Defendant's Motion to Dismiss (doc. #13), filed February 14, 2013. The motion is **GRANTED**. This case is **DISMISSED.**

DATED at Denver, Colorado this 19th day of March, 2013.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT